

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,491

**ANTHONY BARTEE, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON DIRECT APPEAL FROM CHAPTER 64 DNA PROCEEDINGS
### FILED IN CAUSE NO. 1997-CR-1659
### IN THE 175TH JUDICIAL DISTRICT COURT
### BEXAR COUNTY

*Per Curiam*.

### O P I N I O N

This is a direct appeal of the trial court's ruling in Texas Code of Criminal Procedure Chapter 64 DNA proceedings filed in the 175th Judicial District Court of Bexar County, Cause No. 1997-CR-1659, styled The State of Texas v. Anthony Bartee. Because appellant failed to comply with Texas Rule of Appellate Procedure 26.3, he has failed to timely perfect his appeal. The appeal is, therefore, dismissed as untimely.

Do not publish

Delivered:     March 16, 2011